UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | | |
|---|---|---|---|---|
| Case No. | **2:24-cv-01913-MEMF-MBKx** | | Date | **November 13, 2025** |

| | | | |
|---|---|---|---|
| Title | **Cambria Company LLC v. Philadelphia Indemnity Insurance Company** | Page | **1 of 1** |

Present: The Honorable    MAAME EWUSI-MENSAH FRIMPONG,
UNITED STATES DISTRICT JUDGE

| Damon Berry | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Kyle Rudolph | Linda Bondi Morrison |
| John A. Gibbons | Samantha Shafer |

**Proceedings:  PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [72]**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**